FILED IN OPEN COURT
ON 11-19-12

Julie A. Richards, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:12-CR-24-H

IN RE:                            :
                                  :
68-COUNT GRAND JURY               :     ORDER TO SEAL INDICTMENT
INDICTMENT OF NOVEMBER 19, 2012 :

Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on 19 Nov 2012 , be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing an arrest warrant for the defendants and to provide copies of the Indictment to the United States Attorney.

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Indictment upon motion of the United States Attorney.

This the 19th day of November, 2012.


_____
UNITED STATES MAGISTRATE JUDGE

2
Case 2:12-cr-00024-BO   Document 3   Filed 11/19/12   Page 1 of 1