UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:12-CR-24

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | ORDER |
| PHYLLIS STALLINGS HARRELL | ) | |
| PAUL LYNN TRUEBLOOD | ) | |

Upon motion of the United States and for good cause shown, it is hereby ORDERED that this case be unsealed except as specified herein. The clerk is directed to unseal the case, excepting only those documents and docket entries that are otherwise governed by Local Rules and orders.

This the 7th day of December, 2012.

MALCOLM J. HOWARD
United States District Judge