IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CASE NOS.: 2:12-CR-24-H-1
2:12-CR-24-H-2

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs. ) | REASSIGNMENT ORDER |
| ) | |
| Phyllis Stallings Harrell (1) ) | |
| Paul Lynn Trueblood (2) ) | |

At the direction of the Court and for the continued efficient administration of justice, the above captioned cases are hereby reassigned to the Honorable Terrence W. Boyle, U.S. District Judge to conduct all proceedings in this matter. All future pleadings should reflect the revised case numbers **2:12-CR-24-BO-1 and 2:12-CR-24-BO-2.**

SO ORDERED, this the 10th day of January 2013.

*/s/ Julie A. Richards*
Clerk of Court