IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:12-CR-00024-BO-1
NO. 2:12-CR-00024-BO-2

FILED IN OPEN COURT
ON __11/14/2013__ LD
Julie A. Richards, Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| PHYLLIS STALLINGS HARRELL | : |
| PAUL LYNN TRUEBLOOD | : |

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement entered into by the defendants on November 14, 2013, as well as the evidence of record showing a factual basis for the plea and, consequently, a nexus between the subject property and the criminal offenses, the following property is hereby forfeitable pursuant to 18 U.S.C. § 982(a)(7) and 18 U. S.C. § 981(a)(1)(C), the latter as made applicable herein by virtue of 28 U.S.C. § 2461(c), to wit:

1.      Contents of Account number ****3206 at East Carolina Bank, estimated value of $205,514.52, in the name of Phyllis Harrell;

2.      Contents of Account ***-*4486 at Edward Jones, estimated value of $271,837.19, in the name of Phyllis Harrell;

3.      Contents of Account ***-*3608 at Edward Jones, estimated value of $75,433.03, in the name of Phyllis Harrell;

4.      Contents of ***-*0382 at Edward Jones, estimated value of $174,139.57, in the name of Harrell Medical Transport;

5. 2009 Lincoln Navigator L 4x4, 5LMFL28509EJ02016, purchased 9/5/2009, in the name of Harrell Medical Transport;

6. 2005 Ford, F-465 DRW Super Duty Ambulance, 1FDXF46P05EA65283, purchased 3/19/2009, in the name of Harrell Medical Transport;

7. 2002 Ford F-36 Ambulance, 1FDWF36F92EB29085, purchased 6/16/2008 in the name of Harrell Medical Transport;

8. 2008 Ford DRW Super Duty Ambulance, 1FDWF36R68EB78232, purchased 9/1/2012 in the name of Harrell Medical Transport;

9. 2007 Ford Cutaway Ambulance, Diesel, 1FDXE45P97DA38046, purchased 10/21/2010 in the name of Harrell Medical Transport;

10. 2003 GMC C4500 Truck Ambulance, 1GDE4F1113F517504, purchased 9/7/2010 in the name of Harrell Medical Transport;

11. 2001 Ford Cutaway Van Ambulance, 1FDWE35FX1HB76708, purchased 6/21/2007 in the name of Harrell Medical Transport;

12. 2000 Ford E-450 Cutaway Van, 1FDXE45F0YHB54642, purchased 6/30/2008 in the name of Harrell Medical Transport;

13. 2009 Ford Fusion, 4S, 3FAHP08159R137613, purchased 9/13/2010 in the name of Phyllis Harrell;

14. HMT business office located at 049 Muddy Cross Road, Hobbsville, NC; Gates County Deed Book 269, Page 995 and Book 208, Page 359, valued at approximately $235,759;

15. Contents of Local Government Federal Credit Union (LGFCU) account ***4135 with ending balance of $18,234.38 as of 10/29/2012;

16.   1989 Kenworth Tractor – Tandem Construction Series bearing serial number 2NKAL29X1KM521708, purchased on 4/13/2009 for $25,000;

17.   Kubota GSTC Cab Tractor (Model L4630GSTC, serial #35112) & loader (Model LA853, serial #31715), purchased 8/9/06 and valued at $31,670.00;

18.   1997 Ford Ambulance bearing serial #1FDLE40F1VHA99961 purchased 2/11/2005 for $28,000;

19.   Chevrolet Pull Truck, 4 wheel drive, with custom paint job bearing "Harrell Medical Transport" and truck/team name "Run N' Scared", purchased 9/24/09 for $25,000 and $11,000;

20.   1 Diamond Ring, 2.02 kt, 4368 BETR purchased 8/13/2008 for $5,832,50 from Outer Banks Jewelers & Pawn Shop;

21.   28.80 gram, 10 kt and 14 kt mens and ladies YG Fashion Rings; Mens 10 kt YG Fig. Bracelet; Mens 10 kt & 14 kt YG Rope Chains & Fig Chain, purchased 2/12/09 from Greenbrier Pawn for $860;

22.   4 Miscellaneous Jewelry items valued at $3,144.75, purchased at Greenbrier Pawn on 11/29/08 identified as 53965B585 (priced at $1,299), WT00013.585 (priced at $999.00), 52351-417 (priced at $1,499), and 52042B-585 (priced at $279);

23.   2 Miscellaneous Jewelry items valued at $2,205 purchased at Greenbrier Paw on 2/12/09 identified as 55764-585 (priced at $1,699) and 54249-750 (priced at $1,699);

24.   Miscellaneous Jewelry item valued at $891.45 purchased at Greenbrier Pawn on 4/29/09 identified as 60690B-585 (priced at $1,299);

25.   4 Miscellaneous Jewelry items valued at $1,312.50 purchased at Greenbrier Pawn on 5/13/09, identified as 62335E-585 (priced at $199), 57104C-585 (priced at $999), 67116c585 (priced at $299), and 59269-585 (priced at $499);

26.   2 Miscellaneous Jewelry items valued at $2,152.50 purchased at Greenbrier Pawn on 5/28/09, identified as 59064-585 (priced at $1,999) and #622-585 (priced at 650);

27.   3 Miscellaneous Jewelry items valued at $2,257.50 purchased at Greenbrier Pawn on 5/13/09 identified as 66750D-585 (priced at $129), 58654C-585 (priced at $1,199) and 46195-585 (priced at $1,899);

28.   Multiple rings purchased at Greenbrier Pawn on 5/28/09 valued at $450, including 14 kt Ladies WG Sapphire & Bagg Diamond Fashion Ring, 3 ladies 8k Fashion Rings, 1 Sapphire & Illus. Diamond, 1 Flower Top & 1 Onyx; 14 Kt ladies YG Marq. Shaped bypass style Bagg & Round Diamond Accents Engagement Ring; 14 Kt 3.40 grams ladies YG Round Diamond Waterfall Style Ring; 14 kt, 14.00 grams, 3 ladies YG Sapphire & Diamond Rings & 1 curved band; 14 Kt, 4.3 gram Men's YG 7 Round Diamond Flower Top Style Ring;

29.   Miscellaneous Jewelry item valued at $945, purchased on 6/25/09 at Greenbrier Pawn and described as 60690A-585 (priced at $1,299).

30.   2 Miscellaneous Jewelry items valued at $2,413.95, purchased on 6/12/09 at Greenbrier Pawn, identified as 1.50 TCW-585 (priced at $599.00) and 59830-585 (priced at $2,499).

WHEREAS, by virtue of said Memorandum of Plea Agreements and finding, the United States is now entitled to possession of said property and currency, pursuant to Fed.R.Crim.P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1.    That based upon the Memorandum of Plea Agreements and evidence of record as to the defendants PHYLLIS STALLINGS HARRELLAND PAUL LYNN TRUEBLOOD, the United States is hereby authorized to seize the above-stated property and currency, and it is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3).

In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendants.

2.    That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Preliminary Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

3.    That pursuant to 21 U.S.C. § 853(n), the United States forthwith shall publish at least once in a newspaper of general circulation notice of the United States' intent to dispose of the personal property and currency in such a manner as the Attorney General or the Secretary of Treasury may direct, and notice that any person, other than the defendants, having or claiming any legal

5

interest in the subject personal property and currency must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the subject personal property and currency, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject personal property and currency, and any additional facts supporting the petitioner's claim and the relief sought.

The United States should also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the personal property and currency that are the subjects of the Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified.

4. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, as required by Fed. R. Crim .P. 32.2(c).

SO ORDERED. This *14* day of *November*, 2013.


*Terrence W. Boyle*
TERRENCE W. BOYLE
United States District Judge

6