IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:12-CR-00024-BO-1
NO. 2:12-CR-00024-BO-2

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER ALLOWING INTERLOCUTORY |
| v. ) | SALE OF REAL PROPERTY AND |
| ) | VEHICLES |
| PHYLLIS STALLINGS HARRELL ) | |
| PAUL LYNN TRUEBLOOD ) | |

On motion by the United States, with good cause shown, and with the consent of the only third-party petitioner, VantageSouth Bank, it is hereby

ORDERED that the vehicles and real property which are the subject of the Preliminary Order of Forfeiture shall be sold by the Government in accordance with Fed. R. Crim. P. 32.2(b)(7) and Supplemental Rule G(7). By consent of the parties, the United States Marshal shall sell the property in the most commercially feasible manner at a price sufficient to pay in full the interest held by petitioner VantageSouth Bank, depositing the net proceeds after payment of the usual and customary expenses of sale and management of the property into an interest-bearing account until entry of the Final Order of Forfeiture. Until then, the net proceeds shall be a substitute

1

res subject to forfeiture in place of the property that was sold.

SO ORDERED this __6__ day of May, 2014.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge

2